MIDDLESEX CONSTRUCTION CORPORATION v. THE STATE OF NORTH CAROLINA *EX REL.* STATE ART MUSEUM BUILDING COMMISSION

No. 231PA84

(Filed 30 January 1985)

THIS case is before us on grant of plaintiff's motion for discretionary review prior to determination by the Court of Appeals pursuant to N.C.G.S. § 7A-31(a). The trial court dismissed plaintiff's claims against defendant for breach of contract on the grounds that the superior court lacked jurisdiction to hear the claims.

*Sanford, Adams, McCullough & Beard, by J. Allen Adams, E. D. Gaskins, Jr., and Lisa M. Nieman, for plaintiff-appellant.*

*Rufus L. Edmisten, Attorney General, by T. Buie Costen, Special Deputy Attorney General, for defendant-appellee.*

PER CURIAM.

This action was properly before the trial court pursuant to N.C.G.S. § 143-135.3 and this Court's previous opinion in *Middlesex Construction Corporation v. State*, 307 N.C. 569, 299 S.E. 2d 640 (1983) and its Order of 10 January 1984, reported at 310 N.C. 150, 312 S.E. 2d 648 (1984). The superior court's order dismissing the action is therefore reversed, and this cause is remanded to the Superior Court of Wake County for trial before the judge without a jury on all issues of law and fact pursuant to N.C.G.S. § 143-135.3.

Reversed and remanded.

Justice VAUGHN did not participate in the consideration or decision of this case.